UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Garron L. Norris, | ) | C/A No. 1:10-1480-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Capt. Harold Crocker; Nurse Margaret Lewis; Doctor S. Bianca; Sgt. Parker, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff, Garron L. Norris, brings this action pursuant 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights by denying plaintiff his seizure medications. The plaintiff is an inmate at the Cherokee County Detention Center.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the complaint should be dismissed because the issues in this complaint are duplicative of another action pending before this court. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation and without a hearing.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on June 28, 2010. However, the plaintiff

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

did not file any objections to the Report within the time limits prescribed.

The Magistrate Judge correctly suggests that plaintiff's claim of negligence resulting in his injury at the prison is not actionable under § 1983. With regard to plaintiff's claim of denial of his seizure medication, such matter is currently being addressed in another case pending before this court. Therefore, the present action should be summarily dismissed in the interests of judicial economy and efficiency.

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

August 6, 2010
Columbia, South Carolina